Therefore, the judgment on the charges of first-degree burglary and conspiracy to commit first-degree burglary must be vacated with instructions to the trial court to enter a judgment of acquittal (a finding of not guilty notwithstanding the verdict). The judgment on the charge of assault is reversed.

Judgment reversed.

Lowdermilk and Robertson, JJ., concur.

NOTE—Reported at 388 N.E.2d 638.

DOROTHY KUHN *v.* CHARLES KUHN.

[No. 1-678A171. Filed May 9, 1979. Rehearing denied June 7, 1979.
Transfer granted April 2, 1980.]

ANN PEACHES *v.* CITY OF EVANSVILLE, INDIANA,
JOHN ZIRKELBACH.

[No. 1-878A223. Filed May 9, 1979. Rehearing denied June 25, 1979.
Transfer denied September 21, 1979.]